NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0000663
07-OCT-2013
09:27 AM**

NO. CAAP-13-00000663

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
RALPH LACIVITA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DCW-12-0000287)

ORDER APPROVING THE SEPTEMBER 6, 2013
STIPULATION OF THE PARTIES FOR DISMISSAL OF APPEAL
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Stipulation of the Parties for Dismissal of Appeal, filed September 6, 2013, by Defendant-Appellant Ralph J. Lacivita, the papers in support, and the record, it appears that (1) the stipulation is dated and signed by counsel for the parties; (2) the parties seek dismissal of the appeal pursuant to Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42; (3) the parties agree to bear their own costs and fees on appeal; and (4) the stipulation includes a declaration signed by Appellant that complies with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai'i, October 7, 2013.


Chief Judge


Associate Judge


Associate Judge